**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MANUEL PARDO, JR.,

        Plaintiff,

vs.                                                Case No. 3:12-cv-1328-J-32JBT

JOHN PALMER, in his official capacity as
Warden of Florida State Prison,
KENNETH S. TUCKER, in his official capacity
as the Secretary, Florida Department of Corrections,
and DOES 1-50, in their official capacities as
Executioners for the State of Florida,

        Defendants.

## ORDER

Plaintiff Manuel Pardo, Jr. is a Florida death row prisoner who is scheduled to be executed on Tuesday, December 11, 2012. Earlier today, the Court entered an Order denying his motion for temporary restraining order, preliminary injunction and stay of execution. See Order, Doc. 25. Thereafter, Pardo filed a Notice of Appeal (Doc. 31) and a Renewed Motion for a Preliminary Injunction and Stay of Injunction (Doc. 32). Defendants have filed a response in opposition (Doc. 35). The Court has reviewed the motion and response, the applicable standards, and the recent Order by the Honorable Marcia Morales Howard on a nearly identical motion in the Ferguson case. For the reasons stated in Judge Howard's Order, which the Court adopts and attaches here, it is hereby

    **ORDERED**:

    1.    Pardo's Renewed Motion for a Preliminary Injunction and Stay of Execution (Doc. 32) is **DENIED**.

2.	The Clerk shall telephonically notify counsel for the parties of the entry of this Order.

3.	The Clerk shall immediately notify the following capital case points of contact of this Order:   (1) the United States Court of Appeals for the Eleventh Circuit; (2) the Governor's Office in Tallahassee, Florida; (3) the Secretary of the Florida Department of Corrections; (4) the Warden of Florida State Prison; and (5) the Attorney General's Office in Tallahassee, Florida.

4.	The Clerk shall immediately provide by email a copy of this Order to the Warden of Florida State Prison who shall immediately provide a copy of this Order to Mr. Manuel Pardo, Jr.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of December, 2012 at 4:40 p.m.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies (w/Attachment):

counsel of record